## Richmond.

### DENNY v. DENNY.

November 11, 1915.

1. DIVORCE—*Custody of Minor Children—Access—Case in Judgment.*—
Upon the facts of this case, there is no sufficient reason for depart-
ing from the general rule which entitles the father to the custody
of his children (in this case two boys eighteen and thirteen years of
age, respectively), but the mother shall be allowed access to the
children, upon such reasonable terms and at such time and place
as may be prescribed by the trial court to which the cause is
remanded.

Appeal from a decree of the Circuit Court of Augusta county.
Decree for the defendant. Complainant appeals.

*Reversed.*

The opinion states the case.

*Jeffries & Jeffries, O. L. Shackelford* and *C. M. East,* for
the appellant.

*Timberlake & Nelson,* for the appellee.

BY THE COURT.

This is a suit by Imogen B. Denny for divorce from her
husband, Victor L. Denny. The circuit court denied the prayer
of the bill and dismissed the same. The evidence is of a char-
acter which in our opinion renders any published discussion of
it improper. We have examined the record carefully and are
of opinion that the appellant is entitled to a divorce from the
bonds of matrimony, upon the ground of cruelty on the part of
her husband, resulting in her enforced separation from his bed

and board, tantamount to a desertion on his part. It appears that this condition has continued for more than three years prior to the rendering of the decree which will be entered by this court.

We are further of opinion, in view of the ages of the two children, who are boys and are now thirteen and eighteen years of age, respectively, the financial condition of the parties, and other facts and circumstances which need not be detailed, that there is no sufficient reason for departing from the general rule of law which entitles the father to the custody of his children, but the decree herein will provide that the appellant shall be allowed access to the children upon such reasonable terms and at such time and place as may be prescribed by the Circuit Court of Augusta county, to which the cause will be remanded. The question of alimony will be referred to the circuit court.

The court being of opinion that the decree of the circuit court aforesaid was in error in refusing the divorce, the same will be reversed and the cause remanded to be further proceeded with in accordance with the terms of the decree which will be entered in this court and with the views expressed in this opinion.

*Reversed.*